## COMMUNITY ACTION FOR GREATER MIDDLESEX COUNTY, INC. *v.* AMERICAN ALLIANCE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 449 (AC 17249), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the record was not sufficient for review of the plaintiff's claims?

"2. If the answer to question one is no, did the trial court properly grant the defendant's and deny the plaintiff's motions for summary judgment?"

The Supreme Court docket number is SC 16131.

*Michael S. Taylor, Daniel P. Scapellati* and *John W. Lemega,* in support of the petition.

*Linda L. Morkan* and *Theodore J. Tucci,* in opposition.